UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KASSANDRA COOPER, individually, and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION (UT),<br><br>Defendant. | Civil Action No.<br>1:16-cv-001546-LMM-CMS |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S <u>AMENDED COMPLAINT</u>**

Pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Defendant Academy Mortgage Corporation ("Academy"), respectfully moves the Court to enter an order dismissing Plaintiff Kassandra Cooper ("Plaintiff")'s Amended Complaint [Doc. 41] with prejudice based on a lack of subject matter jurisdiction, as well as for failure to state a claim upon which relief can be granted. Academy further requests that certain immaterial and impertinent portions of the Amended Complaint be stricken pursuant to Fed. R. Civ. P. 12(f).

This Motion is supported by the accompanying Memorandum of Law, by the Amended Complaint and its exhibits, and, if the Court orders, by the arguments

1

of counsel.

Dated:   May 12, 2017                SNELL & WILMER L.L.P.


By:  */s/ Joseph A. Kroeger*
Joseph A. Kroeger (*admitted pro hac vice*)


One S. Church Avenue, Suite 1500
Tucson, Arizona  85701-1630
Telephone:    520.882.1200
Facsimile:    520.884.1294
jkroeger@swlaw.com


ARNALL GOLDEN GREGORY LLP


Theresa Y. Kananen
Ga. Bar No. 478998
171 17th Street NW, Suite 2100
Atlanta, GA  30363
Telephone:    404.873.7010
Facsimile:    404.873.7011
theresa.kananen@agg.com

*Attorneys for Defendant Academy Mortgage Corporation*

# CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned certifies that on May 12, 2017 the foregoing Defendant's Motion to Dismiss was: (1) prepared in accordance with LR 5.1, ND Ga., using Times New Roman 14 point font; and (2) electronically with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

C. Andrew Head
Donna Johnson
Head Law Firm, LLC
1170 Howell Mill Rd., NW, Suite 305
Atlanta, GA   30318
Tel.: (404) 924-4151
Fax: (404) 796-7338
ahead@headlawfirm.com
djohnson@headlawfirm.com

*Attorneys for Plaintiff Kassandra Cooper*

*/s/ Joseph A. Kroeger*
Joseph A. Kroeger
(admitted *pro hac vice*)

4848-0638-9064